IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| EDWARD EUGENE WILLIAMS | § | |
| VS. | § | CIVIL ACTION NO. 5:06cv13 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING
<u>THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

Edward Eugene Williams, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus.  The court previously referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter.  The magistrate judge recommends that the petition be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  Both parties filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R.

Cɪv. P. 72(b).  After careful consideration, the court concludes the objections are without merit.  The magistrate judge correctly concluded petitioner's first three grounds for review are without merit and that consideration of his fourth ground for review is procedurally barred.  Moreover, as this petition is being denied, the court need not determine whether the additional grounds under with the respondent seeks to have the petition dismissed are meritorious.

O R D E R

Accordingly, the objections are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A final judgment will be denying this petition.

SIGNED this 20th day of August, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE